WENTWORTH J. R. EDDY *vs*. ARA WARREN.

Penobscot County.   Decided July 7, 1914.   An action of assump-
sit on an account annexed for labor performed and materials fur-
nished by plaintiff in repairing and overhauling an automobile.   The
verdict was for plaintiff, and defendant filed a motion for a new trial.
Motion overruled.   *Blanchard & Adams*, for plaintiff.   *W. B.
Peirce*, for defendant.

---

GEORGE KALIAMOTES *vs*. S. P. WARDWELL.

Androscoggin County.   Decided July 24, 1914.   This case has
been twice tried.   The verdict rendered in the earlier trial was set
aside upon defendant's exceptions.   Both verdicts for the plaintiff
are substantially the same.   A careful reading of the testimony
presented in the record of the second trial shows, we think, sufficient
evidence to sustain the verdict and to negative the presence of bias,
prejudice or improper motive upon the part of the jury.   This
Court is compelled to overrule the motion for a new trial.   Motion
overruled.   *McGillicuddy & Morey*, for plaintiff.   *Tileston E.
Woodside*, for defendant.